**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**YURIY KRYLOV,**

**Plaintiff,**

**v.** **Case No: 6:17-cv-773-Orl-40GJK**

**UNITED STATES CITIZENSHIP & IMMIGRATION SERVICES, ATTORNEY GENERAL OF THE UNITED STATES, SECRETARY, DEPARTMENT OF HOMELAND SECURITY, DIRECTOR, UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, DISTRICT DIRECTOR, UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES and ORLANDO FIELD OFFICE DIRECTOR FOR U.S. CITIZENSHIP AND IMMIGRATION SERVICES ("USCIS"),**

**Defendants.**

---

## RELATED CASE ORDER AND TRACK ONE NOTICE

It is hereby **ORDERED** that, no later than fourteen days from the date of this Order, counsel and any *pro se* party shall comply with Local Rule 1.04(d), and shall file and serve a certification as to whether the instant action should be designated as a similar or successive case pursuant to Local Rule 1.04(a) or (b). The parties shall utilize the attached form NOTICE OF PENDENCY OF OTHER ACTIONS. It is

**FURTHER ORDERED** that, in accordance with Local Rule 3.05, this action is designated a **Track One** case. All parties must comply with the requirements established in Local Rule 3.05 for Track One cases.

May 2, 2017

ROY B. DALTON, JR.
Roy B. Dalton, Jr. [37]
United States District Judge

PAUL G. BYRON
Paul G. Byron [40]
United States District Judge

CARLOS E. MENDOZA
Carlos E. Mendoza [41]
United States District Judge

G. KENDALL SHARP
G. Kendall Sharp [18]
Senior United States District Judge

PATRICIA C. FAWSETT
Patricia C. Fawsett [19]
Senior United States District Judge

GREGORY A. PRESNELL
Gregory A. Presnell [31]
Senior United States District Judge

JOHN ANTOON II
John Antoon II [28]
Senior United States District Judge

ANNE C. CONWAY
Anne C. Conway [22]
Senior United States District Judge

KARLA R. SPAULDING
Karla R. Spaulding [KRS]
United States Magistrate Judge

GREGORY J. KELLY
Gregory J. Kelly [GJK]
United States Magistrate Judge

THOMAS B. SMITH
Thomas B. Smith [TBS]
United States Magistrate Judge

DANIEL C. IRICK
Daniel C. Irick [DCI]
United States Magistrate Judge

DAVID A. BAKER
David A. Baker [DAB]
United States Magistrate Judge

Attachment: Notice of Pendency of Other Actions [mandatory form]

Copies to: All Counsel of Record
All *Pro Se* Parties

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**YURIY KRYLOV,**

**Plaintiff,**

**v.** **Case No: 6:17-cv-773-Orl-40GJK**

**UNITED STATES CITIZENSHIP & IMMIGRATION SERVICES, ATTORNEY GENERAL OF THE UNITED STATES, SECRETARY, DEPARTMENT OF HOMELAND SECURITY, DIRECTOR, UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, DISTRICT DIRECTOR, UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES and ORLANDO FIELD OFFICE DIRECTOR FOR U.S. CITIZENSHIP AND IMMIGRATION SERVICES ("USCIS"),**

**Defendants.**

---

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(d), I certify that the instant action:

_____ IS related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

______________________________
______________________________
______________________________
______________________________

_____ IS NOT related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than fourteen days after appearance of the party.

Dated:

______________________________
Counsel of Record or *Pro Se* Party
[Address and Telephone]